**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY SCARANO** ) | **Case Number: 10-5067** |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **NCO FINANCIAL SYSTEMS, INC.** ) | |
| ) | |
| **Defendant** ) | |

### STIPULATION OF DISMISSAL

AND NOW, this 8th day of November, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiff

Sessions, Fishman, Nathan & Israel, LLC

BY: /s/ *Ross S. Enders*
Ross S. Enders, Esquire
Attorney for Defendant