IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY SCARANO | : | CIVIL ACTION |
| v. | : | |
| | : | No. 10-5067 |
| NCO FINANCIAL SYSTEMS, INC. | : | |

**CANCELLATION OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case currently sheduled for ARBITRATION at 9:30 am on March 9, 2011, has been CANCELLED.

                                            Michael E. Kunz
                                            Clerk of Court

                                            By: /s/Janet Vecchione
                                            Janet Vecchione
                                            Deputy Clerk
                                            Phone:267-299-7074

Date:November 23, 2010

Copies:     Courtroom Deputy to Judge Michael M. Baylson
              Docket Clerk - Case File

              Counsel:      B. Vullings, Esq.
                                B. Warren, Esq.
                                R. Enders, Esq.

ARBCAN.FRM